818

No. 325. WATTS ET AL. *v.* SEWARD SCHOOL BOARD ET AL. Sup. Ct. Alaska. Motion to dispense with printing the petition granted. Certiorari granted. *George Kaufmann* for petitioners. *Theodore M. Pease, Jr.,* for respondents.

No. 335. HANOVER SHOE, INC. *v.* UNITED SHOE MACHINERY CORP.; and

No. 463. UNITED SHOE MACHINERY CORP. *v.* HANOVER SHOE, INC. C. A. 3d Cir. Certiorari granted. The cases are consolidated and two hours are allotted for oral argument. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions. *James V. Hayes, Breck P. McAllister* and *Robert F. Morten* for petitioner in No. 335 and respondent in No. 463. *Ralph M. Carson, Robert D. Salinger, Philip C. Potter, Jr.,* and *Roland W. Donnem* for respondent in No. 335 and petitioner in No. 463. Reported below: 377 F. 2d 776.

No. 109, Misc. BRUTON *v.* UNITED STATES. C. A. 8th Cir. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket and set for oral argument immediately following No. 66, Misc. (*infra*). MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 66, Misc. GARNER *v.* YEAGER, WARDEN, ET AL. C. A. 3d Cir. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket.